JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. CV 23-09289-CJC (BFM)                                    Date:  December 18, 2023

Title: OSVALDO RUBIO v. W. BIRKHOLZ

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                          None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING CASE WITHOUT PREJUDICE**

    Petitioner Osvaldo Rubio filed this petition for habeas corpus on November 2, 2023.  On November 3, 2023, the Clerk of Court issued a "Notice Re: Discrepancies in Filing of Habeas Corpus Petition," noting that Plaintiff failed to pay the appropriate filing fee.  (Dkt. 2.)  The notice advised that Plaintiff needed to either pay the filing fee or, if he is "unable to pay the entire filing fee at this time, [he] must sign and complete this Court's *Request to Proceed without Prepayment of Filing Fees with Declaration in Support* (Form CV-60P) in its entirety."  (*Id.* at 1.)  That form was attached to the notice.  (*Id.* at 2–4.)  The notice stated that if Plaintiff did "not respond within THIRTY DAYS from the date of this letter, [his] case may be dismissed."  (*Id.* at 1.)  Over six weeks later, Plaintiff has not paid the filing fee or submitted a request to proceed without prepayment of filing fees.  Accordingly, Plaintiff's Petition is **DISMISSED WITHOUT PREJUDICE** to refiling with the appropriate fee or form.

cb

MINUTES FORM 11
CIVIL-GEN                                                                                    Initials of Deputy Clerk RRP